UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DISTRICT

No. 4:09-mj-1097-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL INFORMATION |
| | ) | |
| FRANKIE DELGADO | ) | |

The United States Attorney Charges:

### COUNT ONE

On or about August 5, 2009, in the Eastern District of North Carolina, on board Marine Corps Air Station, Cherry Point, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, FRANKIE DELGADO, the Defendant herein, did willfully and unlawfully operate a motor vehicle upon a highway, street, or public vehicular area, while under the influence of an impairing substance, and with an alcohol concentration level of .08 or greater at a relevant time after driving, in violation of North Carolina General Statute, Section 20-138.1, as assimilated by Title 18, United States Code, Section 13.

### COUNT TWO

On or about August 5, 2009, in the Eastern District of North Carolina, on board Marine Corps Air Station, Cherry Point, North Carolina, in the special maritime and territorial jurisdiction of the United States, FRANKIE DELGADO, the Defendant herein, did willfully and unlawfully, speed to elude arrest, in violation of

North Carolina General Statute 20-141.5, as assimilated by Title 18, United States Code, Section 13.

COUNT THREE

On or about August 5, 2009, in the Eastern District of North Carolina, on board Marine Corps Air Station, Cherry Point, North Carolina, in the special maritime and territorial jurisdiction of the United States, FRANKIE DELGADO, the Defendant herein, did willfully and unlawfully, exceed the posted speed limit, in violation of N.C.G.S. 141(b)(1), as adopted by 32 CFR 210.

GEORGE E. B. HOLDING
United States Attorney

By: /s/ Eric A. Catto
ERIC A. CATTO
Special Assistant U.S. Attorney
Criminal Division